Form 150

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                          Bankruptcy Case No.: 20−22585−GLT
                                                                Related Dkt. nO. 46
                                                                Chapter: 13
                                                                Docket No.: 47 − 46
                                                                Conciliation Conference Date: 3/11/21 at 11:30 AM

**Paul Anthony Ionadi**
    Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____                    _____
                    (Date)                                                          (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22585-GLT |
| Paul Anthony Ionadi | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: hthu | Page 1 of 2 |
| Date Rcvd: Feb 11, 2021 | Form ID: 150 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul Anthony Ionadi, 2513 Acorn Court, Wexford, PA 15090-7702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 13, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank f/k/a Northwest Savings Bank AAbreu@nwbcorp.com Angela.Abreu@northwest.com |
| Brian Nicholas | on behalf of Creditor First Tech Federal Credit Union bnicholas@kmllawgroup.com |
| Christos A. Katsaounis | on behalf of Defendant Pennsylvania Department Of Revenue RA-occbankruptcy5@state.pa.us RA-occbankruptcy6@state.pa.us |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Donald R. Calaiaro | on behalf of Debtor Paul Anthony Ionadi dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

| District/off: 0315-2 | User: hthu | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: 150 | Total Noticed: 1 |

Jeffrey R. Hunt
    on behalf of Defendant Pittsburgh Water and Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Defendant County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Leon P. Haller
    on behalf of Defendant Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Mark B. Peduto
    on behalf of Debtor Paul Anthony Ionadi mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Plaintiff Paul Anthony Ionadi mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor Northwest Bank f/k/a Northwest Savings Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 15