**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/03/2022

IN RE:

PAUL ANTHONY IONADI
2513 ACORN COURT
WEXFORD, PA 15090
XXX-XX-5386        Debtor(s)

Case No. 20-22585 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/3/2022

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ETHAN ALLEN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3371 |
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)***<br>C/O JORDAN TAX SVC<br>102 RAHWAY RD<br><br>MCMURRAY, PA 15317 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*NO YRS~@CLTR GRB/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4944 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number:3  INT %: 5.00%<br>Court Claim Number:8-2<br><br>CLAIM: 4,079.51<br>COMMENT: CL8-2GOV/STIP OE-CONF*19/SCH*AMD*DKT | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0772 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA 15102 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*16-19/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **FIRST TECH FCU**<br>POB 2100<br><br>BEAVERTON, OR 97075 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 0.00<br>COMMENT: RS~STAYED/OE*OUTSIDE/PL*2ND/SCH*BGN 9/20*CHARGED OFF LOAN | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 0489 |
| **HOME LOAN INVESTMENT BANK**<br>1 HOME LOAN PLAZA STE 3<br><br>WARWICK, RI 02886 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:NCF<br><br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: |
| **NORTHWEST BANK***<br>COLLECTIONS DEPT*<br>100 LIBERTY ST<br>PO BOX 337*<br>WARREN, PA 16365 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:7-2<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*BGN 10/20*AMD*LMP DENIED | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 2881 |
| **PHFA-HEMAP(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br><br>HARRISBURG, PA 17105-5057 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 57,224.43<br>COMMENT: AVD/STIP OE*2ND/SCH*BGN 10/20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9738 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 1,920.00<br>COMMENT: UNSEC/DOE*JUDGMENT*AR-16-003346* CITIBANK/THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4441 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br><br>NORFOLK, VA 23502 | Trustee Claim Number:10 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: AVOIDED/OE*JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3265 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: UNSEC/OE*JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3346 |
| **MCGRATH MCCALL PC**<br>FOUR GATEWAY CENTER STE 1040<br>444 LIBERTY AVE<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 1-2 | CLAIM: 35,196.55<br>COMMENT: CL1GOV@37668.84*40087.42/PL*16-18/PL*NO YRS~DSPTD/SCH*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5386 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0562 |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA 02062 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NATIONWIDE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8286 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 264.72<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1086 |
| **FIRST PROGRESS**<br>PO BOX 9053<br>JOHNSON CITY, TN 37615 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5659 |
| **FIRST TECH FCU**<br>POB 2100<br>BEAVERTON, OR 97075 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 6 | CLAIM: 7,657.60<br>COMMENT: X4136/SCH*INSUFF POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9328 |
| **NAVIENT SOLUTIONS INC O/B/O ECMC**<br>C/O ECMC(*)<br>LOCK BOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 46,729.87<br>COMMENT: X5116/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5386 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: SECURED/STIP. NO CL*ALL LIENS OUTSIDE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,736.80<br>COMMENT: NAT CITY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6056 |
| **RSH AND ASSOCIATES**<br>PO BOX 14515<br>LENEXA, KS 66285 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 9-2<br>CLAIM: 265.23<br>COMMENT: CONSOLIDATED COMM*UTILITES*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6824 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~ROOMFUL EXPRESS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4509 |
| **WASTE MANAGEMENT* (PMT)**<br>ATTN BANKRUPTCY DEPT<br>1001 FANNIN ST STE 4000<br>HOUSTON, TX 77002 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 1-2<br>CLAIM: 53,240.48<br>COMMENT: NO GEN UNS/SCH*DSPTD/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5386 |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br>DALLAS, TX 75356 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: NT/SCH-PL*CL2:$6,864.03~W/DRWN@DOC 19,23 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4480 |
| **PHFA-HEMAP(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: PIF@CID 8* ARRS 325/CL*2ND/SCH*THRU 9/20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9738 |
| **FIRST TECH FCU**<br>POB 2100<br>BEAVERTON, OR 97075 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: RS~STAYED/OE*OUTSIDE/PL*2ND/SCH*THRU 8/20 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0489 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 8-2<br>CLAIM: 2,444.55<br>COMMENT: CL8-2GOV/STIP OE-CONF*1750.64/PL*15-17/PL*NO PRI/SCH*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5386 |

| CLAIM RECORDS | | |
|---|---|---|
| **NORTHWEST BANK\***<br>COLLECTIONS DEPT\*<br>100 LIBERTY ST<br>PO BOX 337\*<br>WARREN, PA  16365 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:7-2<br><br>CLAIM:  129,843.92<br>COMMENT:  CL7-2GOV\*THRU 9/20\*AMD\*LMP DENIED | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  2881 |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:32 INT %:  0.00%<br>Court Claim Number:8-2<br><br>CLAIM:  228.53<br>COMMENT:  NO GEN UNS/SCH\*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5386 |
| **NORTHWEST BANK\***<br>COLLECTIONS DEPT\*<br>100 LIBERTY ST<br>PO BOX 337\*<br>WARREN, PA  16365 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:07-2<br><br>CLAIM:  0.00<br>COMMENT:  PMT/LMP OE\*BGN 12/20\*W7,31\*LMP DENIED\*AMD | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  2881 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br><br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  FIRST TECH FCU/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MCGRATH MCCALL PC**<br>FOUR GATEWAY CENTER STE 1040<br>444 LIBERTY AVE<br><br>PITTSBURGH, PA  15222 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NW BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |