**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **) Bankruptcy No.** 20-22585-GLT |
| Paul Anthony Ionadi, | **) Chapter** 13 |
| **Debtor,** | **)** |
| Paul Anthony Ionadi, | **) Related Document No.** 76-74 |
| **Movant,** | **) Hearing Date:** 08/24/22 @ 10:00 a.m. |
| Ronda J. Winnecour, Chapter 13 Trustee, | **) Response Due:** 08/11/22 |
| **Respondent.** | **) Document No.** |

## AMENDED ORDER OF COURT

**AND NOW,** this _____ day of _____ 2022, upon motion of the Debtor, it is hereby ordered that the Motion to Approve Debtor's Participation in Pennsylvania Homeowner Assistance Fund is **GRANTED.**

**It is FURTHER ORDERED** that The Court has no objection to the Debtor participating in the Pennsylvania Homeowner Assistance Fund where such funds will be distributed directly to the mortgage lender/servicer, contract for deed holder, county treasurer, local taxing authority, hazard insurance company, homeowners/condominium association, or other payee by the Pennsylvania Homeowner Assistance Fund and/or its authorized agents on behalf of the Debtor. Such grant benefits are expressly for the purpose of paying delinquent amounts owed related to the Debtor's property located at 2513 Acorn Court, Wexford, PA 15090.

**It is FURTHER ORDERED** that Debtor's Counsel shall file a detailed report of any distributions, noting to which creditor(s) and in what amounts, with this Court within fourteen (14) days of any such distribution(s) along with an amended plan or stipulated order modifying the plan to account for said distributions.

**By the Court,**

_____
**Honorable Gregory L. Taddonio
United States Bankruptcy Court**