Case 20-22585-GLT    Doc 78    Filed 08/25/22    Entered 08/25/22 10:51:29    Desc Main
Document    Page 1 of 1
FILED
8/25/22 9:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-22585-GLT |
| | : | Chapter: | 13 |
| Paul Anthony Ionadi | : | | |
| | : | | |
| | : | Date: | 8/24/2022 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**  # 74 Application for Approval of Debtors Participation in Pennsylvania Homeowner Assistance Fund

  # 76 - Response filed by ch. 13 trustee
  # 77 - Amended Proposed Order

**APPEARANCES**:
  Debtor:    Mark B. Peduto
  Trustee:   James Warmbrodt

**NOTES:** [10:36 a.m.]

Peduto: We filed an amended order to address the trustee's response.

Warmbrodt: The last paragraph of the proposed order addresses our concern.

Court: I will enter the amended order.

**OUTCOME:**

1. The *Application for Approval of Debtors Participation in Pennsylvania Homeowner Assistance Fund* [Dkt. No. 74] is APPROVED. [HT to enter the amended proposed order at Dkt. No. 77].

**DATED:** 8/24/2022