# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/3/22 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-22585-GLT |
| | : | Chapter: | 13 |
| Paul Anthony Ionadi | : | | |
| | : | | |
| | : | Date: | |
| *Debtor(s).* | : | Time: | |

## PROCEEDING MEMO

-

**MATTER:**     # 82 Application to Employ Michael Pohlot and Janus Realty Advisors as Realtor

        # 84 - Response filed by the ch.13 trustee

**APPEARANCES**:

        Debtor:        Andrew Pratt
        Trustee:        Owen Katz

**NOTES:**     [10:04]

Pratt: Debtor made the determination to not proceed with Michael Pohlot, because it had been so long without any progress. Not proceeding with the application.

Court: Does the plan need a sale to produce adequate funding?

Prett: Not contingent, but would help.

**OUTCOME:**

1) The *Application to Employ Michael Pohlot and Janus Realty Advisors as Realtor* [Dkt. No. 82] is DENIED as withdrawn. To the extent the Debtor intends to retain a new broker, he shall file an application with the Court on or before November 16, 2022. [Text Order].

**DATED:**  11/2/2022