IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| PAUL A. IONADI, | * | Chapter 13 |
| | * | |
| Debtor. | * | Case No.: 20-22585-GLT |
| | * | |
| ********************************** | * | |
| NORTHWEST BANK F/K/A | * | |
| NORTHWEST SAVINGS BANK, | * | |
| | * | |
| Movant, | * | |
| | * | |
| v. | * | |
| | * | |
| PAUL A. IONADI and RONDA J. | * | |
| WINNECOUR, CHAPTER 13 TRUSTEE | * | |
| | * | |
| Respondents. | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the *Motion for Relief from the Automatic Stay* and the *Notice of Hearing* were served on the following on November 4, 2022, by First Class U.S. Mail, postage pre-paid, and/or electronic mail (through the ECF system) as indicated:

Paul Anthony Ionadi
2513 Acorn Court
Wexford, PA 15090

David Z. Valencik, Esq.
dvalencik@c-vlaw.com
*(Debtor's Counsel)*

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com
*(Trustee)*

Donald R. Calaiaro, Esq.
dcalaiaro@c-vlaw.com
*(Debtor's Counsel)*

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov
*(U.S. Trustee)*

McGRATH McCALL, P.C.


By:    /s/ Preston D. Jaquish
    Preston D. Jaquish, Esquire
    PA ID No. 316463
    Four Gateway Center, Suite 1040
    444 Liberty Avenue
    Pittsburgh, PA 15222
    Telephone (412) 281-4333
    Facsimile (412) 281-2141

    Counsel for Movant