IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | * |
| | * |
| PAUL A. IONADI, | * Chapter 13 |
| | * |
| Debtor. | * Case No.: 20-22585-GLT |
| | * |
| ************************************ | * |
| | * |
| NORTHWEST BANK F/K/A | * |
| NORTHWEST SAVINGS BANK, | * |
| | * |
| Movant, | * |
| | * |
| v. | * |
| | * |
| PAUL A. IONADI and RONDA J. | * |
| WINNECOUR, CHAPTER 13 TRUSTEE | * |
| | * |
| Respondents. | |

## *AMENDED* NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING *AMENDED* MOTION FOR RELIEF FROM THE AUTOMATIC STAY

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **November 28, 2022,** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, and Order granting the relief requested in the Motion may be entered by the Court and the hearing may not be held.  Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this notice to your lawyer at once.

An in-person hearing will be held on **December 14, 2022, at 9:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform.  Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link

published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/dfs/glt-proc.pdf).

Parties who fail to timely register for remote participation will be expected to attend the hearing in person.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court at a later date.

McGRATH McCALL, P.C.

Date: November 9, 2022

By: /s/ Preston D. Jaquish
Preston D. Jaquish, Esquire
PA ID No. 316463
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222
Telephone (412) 281-4333
Facsimile (412) 281-2141

Counsel for Movant