IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Paul A. Ionadi | : | Case No. 20-22585-GLT |
| Debtor | : | Chapter 13 |
| NORTHWEST BANK F/K/A NORTHWEST SAVINGS BANK | : | |
| Movant | : | Related to Document 93 |
| vs. | : | Hearing Date: 12/14/22 |
| Paul A. Ionadi | : | |
| Debtor | : | |
| and | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondent | : | |

### TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO PROPERTY LOCATED AT 2513 Acorn Court, Wexford, PA, 15090

Ronda J. Winnecour, Chapter 13 Standing Trustee, respectfully represents the following:

1. Northwest Bank requests relief from stay with regard to property located at 2513 Acorn Court, Wexford, PA, 15090.

2. Movant's states that the balance of the Bank's claim equals $441,893.10.

3. Debtor's Schedule A lists the value of the property as $475,000, and Debtor has claimed no exemptions.

4. Pennsylvania Department of Revenue (8-2, secured and priority) also has a lien against the property in the amount of $4,955.91.

5. The total valuation of liens against the property is $446,849.01, leaving $28,150.99 of equity in the property.

6. Movant received a disbursement in the amount of $5,574.76, on November 23, 2022, and according to the Trustee's records, post-petition payments due Movant are presently less than one full payment in arrears.

7. There is a substantial equity cushion in the property, which should be preserved for the benefit of the estate.

WHEREFORE, the Trustee so reports to the Court.

                                                RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date:  11/28/2022                     By: /s/ James C. Warmbrodt
James C. Warmbrodt, PA I.D. 42524
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
jwarmbrodt@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Paul A. Ionadi | : | Case No. 20-22585-GLT |
| Debtor | : | |
| | : | Chapter 13 |
| NORTHWEST BANK F/K/A NORTHWEST SAVINGS BANK | : | |
| Movant | : | Related to Document 93 |
| vs. | : | Hearing Date: 12/14/22 |
| Paul A. Ionadi | : | |
| Debtor | : | |
| and | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th of November 2022, I served one true and correct copy of the foregoing document on the following parties in interest by United States regular mail, postage prepaid unless otherwise stated, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Donald Calaiaro, Esquire
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222

Preston D. Jaquish, Esquire
McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA  15222

<u>11/28/2022</u>      <u>/s/ Renee Ward</u>
Date      Administrative Assistant
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com