**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 20-22585-GLT |
| Paul Anthony Ionadi, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Paul Anthony Ionadi, | ) |
| **Movant,** | ) **Related Document No.** 96-97 |
| v. | ) **Hearing Date:** 12/14/22 @ 10:00 a.m. |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) **Responses Due:** 12/05/22 |
| | ) |
| **Respondent.** | ) **Document No.** 97 |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO APPROVE RETENTION AND EMPLOYMENT**
**OF REAL ESTATE AGENT**
**- Document No. 96**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Approve Retention and Employment of Real Estate Agent** filed on November 16, 2022 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Approve Retention and Employment of Real Estate Agent** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Approve Retention and Employment of Real Estate Agent** were to be filed and served no later than December 5, 2022.

It is hereby respectfully requested that the Order attached to the **Motion to Approve Retention and Employment of Real Estate Agent** be entered by the Court.

**Dated:** December 6, 2022

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. No.27538**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222**
**(412) 232-0930**
**dcalaiaro@c-vlaw.com**