# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/15/22 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.:  20-22585-GLT |
| | : | Chapter:  13 |
| Paul Anthony Ionadi | : | |
| | : | |
| | : | Date:  12/14/2022 |
| *Debtor(s).* | : | Time:  09:00 |

## PROCEEDING MEMO

**MATTER:**    #93 Amended Motion for Relief from the Automatic Stay filed by Northwest Bank f/k/a Northwest Savings Bank
    # 98 - Response filed by the Ch.13 Trustee
    # 99 - Response filed by the Debtor

    # 96 Application to Employ Joseph Howard and Howard Hanna as Real Estate Agent
        #100 CNO Filed

**APPEARANCES:**
    Debtor:    Andrew Pratt
    Trustee:    James Warmbrodt
    Northwest:    Preston Jaquish

**NOTES:**    [9:49]

*Motion for Relief from Automatic Stay*

Jaquish: Would like to get the bank's mortgage payments paid. Asking to cure the bank's deficiency within 45 days, and then have the actual plan arrears cured within 6 months. Willing to continue motion until that occurs.

Pratt: Agrees with Jaquish.

Warmbrodt: Currently there have not been paid funds for December and there is not going to be a distribution made this month.

*Broker Application*

Pratt: Even though the schedules list the property at $34,000, thinks $110,000 is a fair price.

Court: Concern about price. Also, questions 7% commission.

**OUTCOME:**

1) For the reasons stated on the record, on or before December 21, 2022, the parties shall submit a proposed form of order under certification of counsel, providing that, among other things:
    a. The *Amended Motion for Relief from the Automatic Stay* [Dkt. No. 93] is continued to February 8, 2023 at 9 a.m.;
    b. Northwest Bank shall submit a status report on or before February 1, 2023; and
    c. All such other terms as the parties may reasonably agree.
[Text order].

2) For the reasons stated on the record, the *Application to Employ Joseph Howard and Howard Hanna as Real Estate Agent* [Dkt. No. 96] is APPROVED as modified.  Notwithstanding anything in the Listing Agreement, Application, or this Order to the contrary:
    a. The broker's commission is tentatively set at 6%;
    b. The Court reserves right to revisit the commission upon approval of a sale transaction involving the property at 4944 Glenwood Avenue, Pittsburgh PA 15207;
    c. On or before December 21, 2022, Debtor's counsel shall file a supplement to the Listing Agreement; and
    d. On or before January 13, 2023, the Broker shall submit a status report detailing the marketing effort, and any sale activity regarding the property.
[Chambers to prepare].

**DATED:**  12/14/2022