FILED
12/19/22 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 20-22585-GLT |
| | : | |
| **PAUL ANTHONY IONADI**, | : | Chapter 13 |
| | : | |
| *Debtor*. | : | Related to Dkt. No. 96 |
| | : | |

### ORDER OF COURT

AND NOW upon consideration of the *Application to Employ Joseph Howard and Howard Hanna as Real Estate Agent* [Dkt. No. 96], it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Application* is **APPROVED** as of on November 16, 2022.

2. Subject to the terms of this Order, Joseph Howard, agent of Howard Hanna, 6310 Forbes Avenue, Pittsburgh, PA 15217 is hereby appointed as a real estate broker for Debtor (the "Agent") in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the *Application* for the purpose of acting as the Debtor's agent in connection with the sale of real property located at 4944 Glenwood Avenue Pittsburgh, Allegheny County, Pennsylvania 15207. Notwithstanding anything in the Listing Agreement to the contrary, a realtor commission of 6% of the sales price plus an $395 administration fee is tentatively approved, subject to a final Court order. The Court reserves the right to revisit the commission (including a request for a 7% commission) upon approval of a sale transaction involving the property.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the

retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

        4.       The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on the application of the above criteria.

        5.       On or before **December 21, 2022**, Debtor's counsel shall file a supplement to the Listing Agreement.

        6.       On or before **January 13, 2023**, the Agent shall file a status report on the progress of any marketing and sale efforts involving the property, and shall identify the following with specificity: (i) the date the property was initially listed for sale on the multi-list; (ii) the initial listing price for the property; (iii) whether the listing price has changed, and if so, the current listing price; (iv) detail regarding the number of showings and inquiries involving the property; (v) any offers that were received (including the amount offered, the date the offer was made, any contingencies in the offer(s), and all other relevant offer information); (vi) the plan for marketing the property going forward; and (vii) the estimated timeframe for a sale of the property to close.

        7.       *Debtor's counsel shall serve the within Order on all interested parties and file a certificate of service.*

Dated: December 19, 2022

                                      **GREGORY L. TADDONIO**
                                      **CHIEF UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22585-GLT |
| Paul Anthony Ionadi | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul Anthony Ionadi, 2513 Acorn Court, Wexford, PA 15090-7702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Paul Anthony Ionadi apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank f/k/a Northwest Savings Bank AAbreu@nwbcorp.com Angela.Abreu@northwest.com |
| Brian Nicholas | on behalf of Creditor First Tech Federal Credit Union bnicholas@kmllawgroup.com |
| Christos A. Katsaounis | on behalf of Defendant Pennsylvania Department Of Revenue RA-occbankruptcy5@state.pa.us RA-occbankruptcy6@state.pa.us |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |

Case 20-22585-GLT    Doc 107    Filed 12/21/22    Entered 12/22/22 00:27:58    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

David Z. Valencik
    on behalf of Debtor Paul Anthony Ionadi dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Paul Anthony Ionadi dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Jeffrey R. Hunt
    on behalf of Defendant Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Defendant County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Leon P. Haller
    on behalf of Defendant Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program
    lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program
    (PHFA-HEMAP) lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Maria Miksich
    on behalf of Creditor First Tech Federal Credit Union mmiksich@kmllawgroup.com

Mark B. Peduto
    on behalf of Plaintiff Paul Anthony Ionadi mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor Northwest Bank f/k/a Northwest Savings Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 17