IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/9/23 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-22585-GLT |
|  | : | Chapter: | 13 |
| Paul Anthony Ionadi | : | | |
|  | : | | |
|  | : | Date: | 2/8/2023 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**   # 93 Con't Amended Motion for Relief from Stay filed by Northwest Savings Bank
   # 99 - Response filed by the Debtor
   # 111 - Order
   # 118 - Status Report filed by Northwest Savings Bank

**APPEARANCES**:
   Debtor:   David Valencik
   Northwest:   Preston Jaquish

**NOTES:**   [9:53]

Jaquish: Delinquency for January of $1,085. Have not sent a notice of default yet. Bank's standpoint is there won't be a sheriff's sale until July. Okay with continuing to July with notice of default procedure.

Valencik: Debtor planning to cure the default within a 10 day period. Also, would like to request that if Debtor cannot cure the arrearage, would like to have the case dismissed, because saving the house was the point of filing bankruptcy for the Debtor.

**OUTCOME:**

1) For the reasons stated on the record, the *Amended Motion for Relief from Stay filed by Northwest Savings Bank* [Dkt. No. 93] is continued to June 28, 2023 at 9am. [Text order].

2) Based on representations made on the record, the Court shall hold a status conference on the chapter 13 trustee's oral motion to dismiss without prejudice on April 5, 2023 at 11 a.m. If no timely opposition to the trustee's oral motion to dismiss is filed, the Court shall hold the matter in abeyance pending the filing of a notice of default by either the chapter 13 trustee or Northwest Savings Bank. [HT to issue notice of trustee oral motion to dismiss].

**DATED:**  2/8/2023