FILED
2/10/23 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | **Bankruptcy No.** 20-22585-GLT |
| Paul Anthony Ionadi, | ) | |
| **Debtor,** | ) | **Chapter** 13 |
| Paul Anthony Ionadi, | ) | |
| **Movant,** | ) | **Related Document No.** 120 |
| vs. | ) | |
| Ronda J. Winnecour, | ) | |
| Chapter 13 Trustee, | ) | |
| **Respondent.** | ) | **Document No.** |

# ORDER

**AND NOW**, this 10th day of _____February_____ 2023, it is **ORDERED, ADJUDGED,** and **DECREED** that the Debtor's Motion to Extend Time to File Response Court Order dated January 20, 2023 (Doc. No. 116) is **GRANTED**. The deadline to file a response to the Court Order dated January 20, 2023 (Doc. No. 116) is extended to March 1, 2023, seven (7) days before the Status Conference scheduled to be held on March 8, 2023.

By the Court,

Dated: 2/10/23

_____
**Chief Judge Gregory L. Taddonio
United States Bankruptcy Judge**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-22585-GLT

Paul Anthony Ionadi  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Feb 10, 2023　　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul Anthony Ionadi, 2513 Acorn Court, Wexford, PA 15090-7702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:**

**Name**　　　　　　　**Email Address**

Andrew Kevin Pratt
    on behalf of Debtor Paul Anthony Ionadi apratt@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Angela Sheffler Abreu
    on behalf of Creditor Northwest Bank f/k/a Northwest Savings Bank angela.abreu@northwest.com
    Angela.Abreu@northwest.com

Brian Nicholas
    on behalf of Creditor First Tech Federal Credit Union bnicholas@kmllawgroup.com

Christos A. Katsaounis
    on behalf of Defendant Pennsylvania Department Of Revenue RA-occbankruptcy5@state.pa.us  RA-occbankruptcy6@state.pa.us

Christos A. Katsaounis
    on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us,
    RA-occbankruptcy6@state.pa.us

Case 20-22585-GLT    Doc 124    Filed 02/12/23    Entered 02/13/23 00:23:42    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: pdf900 | Total Noticed: 1 |

David Z. Valencik
    on behalf of Debtor Paul Anthony Ionadi dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Paul Anthony Ionadi dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Jeffrey R. Hunt
    on behalf of Defendant Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Defendant County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Leon P. Haller
    on behalf of Defendant Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Maria Miksich
    on behalf of Creditor First Tech Federal Credit Union mmiksich@kmllawgroup.com

Mark B. Peduto
    on behalf of Plaintiff Paul Anthony Ionadi mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor Northwest Bank f/k/a Northwest Savings Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 17