Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Paul Anthony Ionadi**                       :     Case No. 20−22585−GLT
    *Debtor(s)*                                :     Chapter: 13
                                         :
                                         :
                                         :     Related Dkt. No. 123
                                         :

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

     *AND NOW,* this *The 3rd of March, 2023,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)   The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 20-22585-GLT
Paul Anthony Ionadi | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Mar 03, 2023 Form ID: 309 Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Anthony Ionadi, 2513 Acorn Court, Wexford, PA 15090-7702 |
| r | + | Joseph Howard, Howard Hanna, 6310 Forbes Avenue, Pittsburgh, PA 15217-1717 |
| cr | + | Northwest Bank f/k/a Northwest Savings Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15285312 | | Commonwealth of PA, Department of Revenue, Bureau of Compliance, Department 280946, Harrisburg, PA 17128-0432 |
| 15285313 | + | Coutny of Allegheny, c/o GRB Law, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15285320 | + | John K. Weinstein, County Treasurer, Room 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2429 |
| 15285321 | | Navient/ECMC, P.O. Box 16408, Wilkes-Barre, PA 18773 |
| 15285326 | + | Portfolio Recovery Associates LLC, 1835 Market Street, Suite 501, c/o Blatt Hasenmiller, Philadelphia, PA 19103-2933 |
| 15285328 | | Preston D. Haquish, McGrath, McCall P.C., 444 Liberty Avenue, Four Gateway Center Suite 1040, Pittsburgh, PA 15222 |
| 15285331 | + | United States HHS, c/o US Attorney Jill Locknikar, US Post Office & Couthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Mar 04 2023 05:01:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: blegal@phfa.org | Mar 04 2023 00:01:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15285310 | + | EDI: CAPITALONE.COM | Mar 04 2023 05:01:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15285311 | + | Email/Text: ebnjts@grblaw.com | Mar 04 2023 00:01:00 | City of Pittsubrgh and School Distric, Pittsburgh, c/o GRB Law, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15285314 | + | EDI: CCS.COM | Mar 04 2023 05:01:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15307928 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 04 2023 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15285315 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 04 2023 00:01:00 | Duquesne Light Company, c/o Keri P. Ebeck, 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15285317 | | Email/Text: BankruptcyNotices@firsttechfed.com | Mar 04 2023 00:01:00 | First Tech Federal Credit Union, Attn: Bankruptcy, PO Box 2100, Beaverton, OR 97075 |
| 15285316 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Mar 04 2023 00:01:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 15285318 | | Email/Text: kstirling@homeloanbank.com | Mar 04 2023 00:01:00 | Home Loan Investment Bank FSB, 1 Home Loan Plaza Suite 3, Warwick, RI 02886 |
| 15285319 | + | EDI: IRS.COM | Mar 04 2023 05:01:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

Case 20-22585-GLT   Doc 128   Filed 03/05/23   Entered 03/06/23 00:20:48   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 309 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 15290256 | + | Email/Text: ECMCBKNotices@ecmc.org | Mar 04 2023 00:01:00 | Navient Solutions, LLC on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 15285322 | + | Email/Text: angela.abreu@northwest.com | Mar 04 2023 00:01:00 | Northwest Bank, 100 Liberty Street, Warren, PA 16365-2497 |
| 15285324 | + | Email/Text: ebnpwsa@grblaw.com | Mar 04 2023 00:01:00 | PIttsburgh Water and Sewer Authority, c/o GRB Law, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15285325 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2023 00:01:00 | PNC Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15285327 | | EDI: PRA.COM | Mar 04 2023 05:01:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15311118 | | EDI: PRA.COM | Mar 04 2023 05:01:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15285323 | + | Email/Text: blegal@phfa.org | Mar 04 2023 00:01:00 | Pa Housing Finance Agency/HEMAP, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 15296226 | | EDI: PENNDEPTREV | Mar 04 2023 05:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15296226 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15285329 | | Email/Text: CONSUMER@RSHANDASSOCIATESLLC.COM | Mar 04 2023 00:01:00 | RSH & Associates, Llc, Attn: Bankruptcy, Po Box 14515, Lenexa, KS 66285 |
| 15288620 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 04 2023 00:01:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15285330 | + | EDI: RMSC.COM | Mar 04 2023 05:01:00 | SyncBank/Roomful Express, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15285861 | + | EDI: RMSC.COM | Mar 04 2023 05:01:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15285332 | + | Email/Text: rmcbknotices@wm.com | Mar 04 2023 00:01:00 | Waste Managment, 2625 W. Grandview Road, Phoenix, AZ 85023-3109 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | First Tech Federal Credit Union |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 20-22585-GLT    Doc 128    Filed 03/05/23    Entered 03/06/23 00:20:48    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 309 | Total Noticed: 34 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Paul Anthony Ionadi apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank f/k/a Northwest Savings Bank angela.abreu@northwest.com Angela.Abreu@northwest.com |
| Brian Nicholas | on behalf of Creditor First Tech Federal Credit Union bnicholas@kmllawgroup.com |
| Christos A. Katsaounis | on behalf of Defendant Pennsylvania Department Of Revenue RA-occbankruptcy5@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| David Z. Valencik | on behalf of Debtor Paul Anthony Ionadi dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Paul Anthony Ionadi dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Jeffrey R. Hunt | on behalf of Defendant County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Defendant Pittsburgh Water and Sewer Authority jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Leon P. Haller | on behalf of Defendant Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Maria Miksich | on behalf of Creditor First Tech Federal Credit Union mmiksich@kmllawgroup.com |
| Mark B. Peduto | on behalf of Plaintiff Paul Anthony Ionadi mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor Northwest Bank f/k/a Northwest Savings Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 17