**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAUL ANTHONY IONADI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>        vs.<br>No Repondents. | Case No.:20-22585 GLT<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 09/03/2020  and confirmed on 10/06/2020 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 142,885.78 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 142,885.78 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 5,000.00 | |
|     Trustee Fee | 5,982.34 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,982.34 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   FIRST TECH FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0489 | | | | |
|   HOME LOAN INVESTMENT BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NORTHWEST BANK* | 0.00 | 72,956.02 | 0.00 | 72,956.02 |
|     Acct: 2881 | | | | |
|   NORTHWEST BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2881 | | | | |
|   FIRST TECH FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0489 | | | | |
|   NORTHWEST BANK* | 129,843.92 | 56,263.76 | 0.00 | 56,263.76 |
|     Acct: 2881 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (R | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4944 | | | | |
|   PA DEPARTMENT OF REVENUE* | 4,079.51 | 1,609.50 | 420.16 | 2,029.66 |
|     Acct: 0772 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0000 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| SANTANDER CONSUMER USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4480 | | | | |
| | | | | 131,249.44 |
| **Priority** | | | | |
| DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL ANTHONY IONADI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL ANTHONY IONADI | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 35,196.55 | 607.20 | 0.00 | 607.20 |
| Acct: 5386 | | | | |
| PA DEPARTMENT OF REVENUE* | 2,444.55 | 41.80 | 0.00 | 41.80 |
| Acct: 5386 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX2585 | | | | |
| | | | | 654.00 |
| **Unsecured** | | | | |
| PHFA-HEMAP(*) | 57,224.43 | 0.00 | 0.00 | 0.00 |
| Acct: 9738 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,920.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4441 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3265 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3346 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0562 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8286 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 264.72 | 0.00 | 0.00 | 0.00 |
| Acct: 1086 | | | | |
| FIRST PROGRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5659 | | | | |
| FIRST TECH FCU | 7,657.60 | 0.00 | 0.00 | 0.00 |
| Acct: 9328 | | | | |
| NAVIENT SOLUTIONS INC O/B/O ECMC | 46,729.87 | 0.00 | 0.00 | 0.00 |
| Acct: 5386 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 1,736.80 | 0.00 | 0.00 | 0.00 |
| Acct: 6056 | | | | |
| RSH AND ASSOCIATES | 265.23 | 0.00 | 0.00 | 0.00 |
| Acct: 6824 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4509 | | | | |
| WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 53,240.48 | 0.00 | 0.00 | 0.00 |
| Acct: 5386 | | | | |
| PHFA-HEMAP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9738 | | | | |
| PA DEPARTMENT OF REVENUE* | 228.53 | 0.00 | 0.00 | 0.00 |

| 20-22585 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: 5386 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3371 | | | | |
| MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 131,903.44 |
|---|---|---|

TOTAL CLAIMED
PRIORITY            37,646.10
SECURED            133,923.43
UNSECURED         169.267.66

Date: 08/07/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com